RECEIVED
APR 18 2011
WILLIAM T. WALSH
CLERK

JS 44 (Rev. 12/07, NJ 5/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Frank Brett

**DEFENDANTS** #1. Burdett Tomlin Memorial Hospital and Paramedics
#2. Robert Lauff + Dawn Lauff

**(b)** County of Residence of First Listed Plaintiff: Philadelphia

County of Residence of First Listed Defendant: Middle Twp.

**(c)** Attorney's (Firm Name, Address, Telephone Number and Email Address)
Frank Brett
PO Box 2511
Philadelphia, PA 19147

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known) #1. Burdett Tomlin Memorial Hospital and Paramedics, Stone Harbor Blvd, Middle Twp NJ 08210
#2. Robert Lauff + Dawn Lauff, 16 Oxford Rd, Harlsbury PA 19083

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☒ 362 Personal Injury - Med. Malpractice | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 365 Personal Injury - Product Liability | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 740 Railway Labor Act | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **SOCIAL SECURITY** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 861 HIA (1395ff) | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 862 Black Lung (923) | |
| | | **IMMIGRATION** | ☐ 863 DIWC/DIWW (405(g)) | |
| | | ☐ 462 Naturalization Application | ☐ 864 SSID Title XVI | |
| | | ☐ 463 Habeas Corpus - Alien Detainee | ☐ 865 RSI (405(g)) | |
| | | ☐ 465 Other Immigration Actions | **FEDERAL TAX SUITS** | |
| | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | | ☐ 871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
#23-1414 #362 Personal Injury Med. Malpractice - Wrongful Death
Brief description of cause: Me and My Father have been Injured Several Times wrong Treatment. Father Died.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 1 Million Dollars From Each Defendant

CHECK YES only if demanded in complaint: Frank Brett Sr
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S)** (See instructions): JUDGE _____ DOCKET NUMBER _____

Explanation:

DATE 4/18/11

SIGNATURE OF ATTORNEY OF RECORD Frank Brett

United States District Court
Trenton District of New Jersey

Frank Brett Plaintiff
vs.
#1. Burdett Tomlin Memorial Hospital and Paramedics.
#2. Robert Lauff + Dawn Lauff

Pg 1 of 11

Civil Action No _____

RECEIVED
APR 1 8 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## Parties

Plaintiff- Frank Brett
PO. Box 2511
Philadelphia, Pa. 19147

vs

Defendant #1. Burdett Tomlin Memorial Hospital
and Paramedics
#2 Stone Harbor Blvd.
Middle Twp. NJ. 08210

#2. Robert Lauff + Dawn Lauff
10 Oxford Rd.
Havertown, Pa. 19083

## Jourisdiction

Frank Brett Sr. Died Because of Gross Neglect and medical Malpractice from Burdett Tomlin Hospital. Frank Brett Sr. Died because 2 Paramedics from Burdett Tomlin Hospital did not have an adrenoline shot on Board Ambulance in Wildwood NJ. Frank Brett Jr. Never got the Proper treatment for Lead + Toxicity Exposure, in Rule 8(a) F.r.c.P.

## Cause of Action

U.S.C. 28-1441 and # 362 - Personal Injury Medical Malpractice

## Demand -

One Million Dollars From Each Defendant.

Frank Brett
PO. Box 2511
Philadelphia, Pa. 19147
4/18/11

On 5/17/96 Frank Brett Sr. Had a Ft. Heart attack at 120 24th Street his home in North Wildwood, NJ. Charlie the Neighbor at 124 24th Street in North Wildwood was there when the Paramedics from Burdett Tomlin Memorial Hospital arrived. They could not find their Adrenolin Shot in the Ambulance and stated there was none on board. Charlie had 4 heart attacks and survived because he had the adrenoline Shot he told me. My dad died that night. Both Paramedics Looked for it but could not find it, they massaged his chest with their hands and used the defibulator Several Times Charlie Told me. He told his wife Nancy too. He told My Mom Nancy Brett and Nancy Saller. Frank Brett Sr. was being harrassed by Neighbor at 122 24th Street in N. Wildwood, NJ. He taped into the Gas + Electric Line and My dad got Free gas + Electric for a Year. He was a Baptist Firemen from Pittsburgh. Cheryl Brett admitted to me in 12/011 that her Brother Robert and Dawn Lauff and their Friends harrassed my dad. Cheryl Brett used Don Fare From Blue Cross, Tom Poppolardo too, Sue Destmore, Don Fare Had Frank Brett Sr. go to his home 3 times for Paint Estimates and never hired him. Robert Lauff used Robert Holmes who had Painter John Neal harrass me and my dad. John Neal's Irish employee picked a gasoline hose up and aimed it at my dad. He had followed him to a gas Station a Sunoco in Upper Darby, Pa. Robert Holmes drove a Van at that Home and so did the Neighbors friends at 122 24th street in N. Wildwood. Sue Bodtin also stated Walter Bodtin had harrassed me with the State Police. Walter Bodtin used his 2 Brothers Paul and Rich Bodtin. Rich Bodtin worked at the Casinos in Atlantic City NJ and had Maffia Connections Italic and Sue Bodtin stated. They had the same Friends as Robert Holmes stated his wife Jen Tharri's Father was a Maffia attorney. Robert Holmes Had messed with me and my father with Walter Bodtin, John Sullivan and Bleahley, and Taborelli who lived on Bleahley Rd. in Swarthmore Pa. and was a fence for the Gambino Crime Family. I was mistreated by Marilyn Howarth and Dr. Peter Prostucti and they gave out Private Records to family members going against My wishes. Dan Signs and Ms Tuart Barbara Psychologist recorded my conversations and Broke my Rights to Privacy with Dan Brett and Grianr Wilder. Dan Brett was able to mess with My Mind with Brendan Brett, Charlie Brett, Charlie Hilden, Cheryl Brett Mike Short and John Collins. Robert Lauff slandered me with CSX Railroad, Conrail, Septa Employees, High Fi House in Broomall, UPS - His friend Jay Bowl, Boeing - his friend Robert Paten Pace Program For Girls, Gianfranco Pizza on Broad St. Boost Mobil on Broad St.

Frank Brett
Frank Brett
P.O. Box 7511
Philadelphia, Pa. 19147
4/18/11

Robert & Dawn Laufs was in with — /Corporate Disclosure List/  Pg 3 of 11

Hugh Bracken Law Firm was in with John Lyons and Jim Lyons Families.
They brought in all those Corporations to slander Frank Brett Sr. and Frank Brett Jr.

#1. Jen Lyons Sister — Mrs. Light, works For "Playboy")
     — Hugh Bracken in with Hugh Hefner

#2. Playboy — Playmates — "Teressa Wiegel", "Barbi Benton" and some
     Phillies wives from Playboy — "Unknown",

#3. Playboy slanders me with "Max" at all Solid Gold Strip Clubs in Phila. Pa,
     Wilmington, Delaware, Baltimore, Maryland and Fort Lauderdale, FL.

#4. Phila. Eagles slander me with Hugh Douglas, in with Al Meltzer and John Bolaris
     and Hugh Bracken.

#5. Bush Beer — Francis O'Brien's Soccer Coach Richard Bush

#6. Budweiser — John Lyons friend Bud O'Brien,

#7. Coors Light —

#8. Hubb Group — Independence Blue Cross of Eastern Pa.
     Male Nurse - Mr. Grothon, Cheryl Brett friend of Hugh Bracken, Kim Swatara,
     Kathy Bronson, Sue Desimone, Betsy Borero, Tom Pappalardo, Fred Dikeman,
     Joe Fricht, John Paddis, Rebecca Berry, Tara Smith, Mrs. Anthony Marasella,
     Nancy - (Fred Dibona's Secretary), Robin Gilroy, Lori Massimiano, John Fuce, John Byrne
     + Secretary.

#9. Comcast Cable — Vince + Pat Crocce, and Monte Campisano.

#10. Philadelphia Eagles — #1. Jeff Garcia  #2. Hedo Shepherd  #3. Hugh Douglas
      #4. Terrell Owens  #5. John Runyan  #6. Mike Quick #7. Mike Vick
      #8. DeSean Jackson

#11. Philadelphia Flyers — Ed Snyder — "Son + Daughter,
      #1. Bob Clark  #2. Tim Kerr  3. Mike Richardson ★

#12. Philadelphia 76ers —
      #1. Doug Collins  #2. Mr. Young

#13. W.B. Mason
#14. Sysco
#15. Smart Corp.
#16. Century 21 Lesniak, Colston and McKinney
#17. Fox + Lazo — "Prudential"
#18. State Farm — "Rita"
#19. Richardson Agency — "Rita" — Cheryl Brett's Friend
#20. Barnaby's Bar — Havertown — "Monseyghi, Bonner — Ralph Latmer in with "John Sullivan
      and Ralph Breathley, Ed Monaghan in with Bill Woulfe.

21. Chase Manhattan Bank — "Jim Devlin" — Joe Campisano
22. Bank of America — "Inger Soj" — Cheryl Brett and Hugh Bracken and Carroll Yudis
      and Jeff Leighton.
23. Wachovia Bank — Melody Bivins in with Cheryl Brett
24. Rita's Water Ice — Rita Faylor, girlfriend Rita and Cheryl Brett
25. UPS — Jay Bowl — Robert Lauff
26. Pathmark — Brian Towel, Paul Woodland
27. Honey Baked Ham — Mark Carden                    #29. Nova Healthcare
                                                                                    #30. Hue Lit - Sprinkler Co.

| Date/Time | Location | People | Notes |
|---|---|---|---|
| 8:18 AM - 4/2/11 Saturday | Phillies - Parking Lot Black and white White Man Black man Run By | (PA) HSJ-5702 - Black Jeep (NJ) ZSW-96R - White Acura (Turnersville, NJ) | Black Man (and Milt-Thompson) (white man) |
| 1/1/09 | Philadelphia Eagles | Mike Quick and Mike Vick - Black Men - Slandered Me John Runyan - White Man - Slandered Me | |
| 1/1/11 | Phila Flyers | Mike Richards - white man | |
| 1/1/11 | Phila. 76ers | Doug Collins - white man Mm Young - Black man | |
| 3/10/11 | Fed. Ex Kinkos 9th & Chestnut St. Phila. Pa. | Shy - white man Erica - Black woman | 3/10/11 (201 Market St - Fed Ex Kinkos) Black woman - Dominique |
| 4/3/11 Sunday Store # 2444 Time 21:14 | McDonalds - 2327 VaRE Ave. Phila. Pa. | Gerald - Black Man & Black Friend - Cashier # 03 - white | |
| 4/1/11 | Dollar Tree Stores | Store # 730 - 56 Snyder Ave. Space 25 Phila. Pa. 19148 | white woman - Thomas (3/25/11) Black woman - Britany (Ritchy - Bobsled) |
| 3/22/11 | Frankingten Bikework 1529 Spruce St. Phila. Pa. 19102 | Black Man - Unknown - Picking up Bike at Store White Woman - Sasha White | Civil Rights |
| 1/16/11 | Publix - Manger - Chris Burnett 1330 W. Palmetto Park Rd Boca Raton, FL 561-362-5305 | white Girl - Georgia Black Girl - Ezekiel Black Girl - Nurys | Slander & Civil Rights |
| 3/31/11 Thursday - Time - 22:09 | ACME - Store # 07715 | white Man - Fred white woman - with Blonde hair - Manager | Acme Van Followed me to Jersey Monday 4/4/11 Civil Rights and Slander |
| | McDonalds - 1530 N. U.S. Highway #1 Ormond Beach, FL. 32174 | Black Man - Pony Tail Gay man white women - Cashier # 2 | Civil Rights with Dante from Phila. ask - Ray Smith Cousin - Delaware 66187 (Haye Tool Machine) Porter Car Releases |
| Store # 11812 - Tue - 2/8/11 - 11:14 AM | | | |
| 3/31/11 10:30 AM | Rathman Institute 1500 Moyamensing Ave. Phila. Pa. 19145 | white woman - Kathy Fees Black woman - (PA) HVF-5304 (Blue Car) Rite aid 3/31/11 - Had a Cane | Civil Rights |
| 10/1/06 | Stephanie Bingham Lapata my old Girlfriend (Kevin Lapata) | Black Man - Attorney - David Balzer White woman - Attorney - Mrs. Bumgardner | Civil Rights 2100 Bonneville Dr. Orlando FL |
| 4/1/05 | Kristi Santo My old Girlfriend (Tamarac FL) | Black Man - Patrick Maxwell - Pepsi White woman - Debbie Santo | Civil Rights |
| 4/1/03 | Mrs. Sabrina - My old Girlfriend (Fort Lauderdale, FL) | Black Man - Rita Fagan - Eddie Murphy Jr white woman - Sabrina Murphy | Civil Rights |
| 10/1/06 | Stephanie Osbourne My old Girlfriend (Wilmington Delaware) | Black Man - Her Boyfriend - Father of Child White Woman - Her Aunt (white & Italian Boyfriends) | Civil Rights |
| 10/1/05 | Sheryl Hoone My old Neighbor (Pompano Beach Florida) | Black Man - Metro PCS White Women - Cheryl Butt | Civil Rights |
| 4/7/11 | NovaCare - Lawrenceville, NJ. 5th ST | Black man - NJ. VUA-54R White woman | Civil Rights |
| 3/26/11 | Loews - Rio Grande, NJ. | Black woman - Ayesha white woman - Katie | Civil Rights - I applied For Job |
| 4/2/11 | SPC Corporation - Phila. Pa. | white man - Tim Black woman in office - 4/2/11 | Civil Rights |
| 4/1/07 | Wilmington, Delaware 100 Library | Black woman - Jersh Williams white woman - white Jewish Honda | Civil Rights |
| 10/5/02 | Core | Black man - Ray white Man - Robert Holmes | Civil Rights - Rico Statutes |
| 10/5/02 | Pepsi | Black Man - Ken white Man - Harry Snether | Civil Rights - Rico Statutes |
| 1/1/05 | Comcast Cable | white man - Jim Kuzyniak Black woman - Monte Sarrazon | Civil Rights Rico Statutes |
| 1/1/05 | Gpst Auto Togs | white woman - Wendell+ Sister Black Man - Unknown | Civil Rights Rico Statutes |

Crime #115: Obstruction of Justice.                                                                                          Pg 5 of 11

Mike Smith - Havertown, Pa - #1. Church Annunciation, Havertown, Pa, #2. Saint Peter + Paul Cath.
Church in Phila, Pa  #3. Sacred Heart Church in Havertown, Pa.

(PA. State Police)      #1. Called me and John Holmes Gay. He called John Holmes Gay on 12/24/09. I was the c
Al Dijacomo + Tom      #2. Mike Smith lied, he was in with Jim Marinarie, Harry Shreffler and
Sullivan in with       Marco - from Marco Construction Since 1999 to set Frank Brett up and to
                       Slander and Destroy his 4 Businesses in Havertown Pa, West Grove Pa,
                       Fort Lauderdale, Fl. and Sandy Shores Corporation. and Media, Pa. Small Paint Jobs
                       and decorating Business, Jim Marinarie Friend Robert Truman + Lori Truman Friends of Sue Baldwin and Cheryl Brett
                #3. When I went to see Jim Marinarie in 3/07 he told me that Mike Smith
                and Harry Shreffler had been to Tampa to see Jim at his home in winter of '06
                with Marco from Marco Construction of Delaware. This was the 1st time I had heard
                the name Marco and that all 4 men had plotted with Pastor Mike Smith,
                Methodist Church from Ridley Park, Pa, Tom Sullivan - Kentucky and Monsignor Murray Annunciation
in Pennsylvania. #4: Mike Smith - Methodist Church membership and Harry Shreffler's Episcopal
                Church Membership had harrassed Sylvia Seacrest from Wilmington Dry Goods in
                Wilmington Delaware horribly. She has shot and killed several people at the Springfield
                Mall in Delaware County, Pa and wounded another 4 or 5 people.
                       Harry Shreffler, Jim Marinarie, Jack Nicholson Painting and a lot of employees at
                the Wilmington Dry goods harrassed Sylvia. One day Harry Shreffler would go over to her and point
                to her crotch and wave his hand saying you stink. She would chase after him. The next day he
                would have Jim Marinarie or Jack Nicholson Then do the same thing. Harry wanted me to do this but
                I would not. Several of the men with Harry and Jim spread she was a lesbian at the Dry Goods,
                Charles Hildea, Mike Smith, and Joe Sullivan Havertown would remember this story.
                I said this story in my home in 1999 to Cheryl Brett who told Ridley Park Tom Santee who
                went and told Harry Shreffler and Pastors from Ridley Park, Pa. Harry Shreffler then brought in
                his friends Todd from Johnson and Johnson Corp. of Princeton NJ, Briany Westly from Xerox
                Corp. who counterfeited $15,000 with Jim Marinarie and they spent this at 2 Stripbars (1 in Ridley
                Park that went out of business and Club Wizards of Phila, Pa which is now Club OZZ.
                Mike Smith Havertown, Charles Hildea would remember the counterfeiting story and Mike Short.
                Harry Shreffler used to steal money out of the cash register from the Dry Goods and Boscov's.
                He got caught at Boscov's at the Granite Run Mall in Delaware County, Pa and was fined and was on
                Probation with Frank Ricello and Frank Izzi. Harry brought in Lou Massey, Dimateo, Frank
                Low Jestin, Tom Signora and members of the Folsom School in Ridley Park where Cheryl Brett
                had gone to school. These guys just slandered me for Jim Marinarie, they did not know about
                all the crimes they had committed with Tim Santee and their Brother Dave Santee and her sister
          ★     Kathy Bob Don. And Hen Borenson from Independence Blue Cross, Phila, Pa, Dave Pearson.
                Joe Campaszano our Realtor brought in his brother Monte Campaszano and Vince and Pat Croce with
                Comcast Cable. Vince Croce and Cheryl Brett and Tim Santee were going to 2 hour lunches in
                1999 - 2001 to hide and destroy documents for Independence Blue Cross East of Phila, Pa.
                Vince Croce was convicted of Mail Fraud and spent 4½ years in Prison. Attorney Brendan Brett
                and my cousin Insurance Attorney Don Wall and Sue Wall kept Cheryl Brett out of Prison with their
                friends in the (FBI). I left my wife Cheryl Brett on 12/15/02 a day before the indictments came down.
                The State Police Al Dijacomo and Alvarez acted with State Senator Vincent Fumo and Catholic Church
                Priest Tom Sullivan, Jim Sullivan Monsignor Murray, Monsignor Art Murray Annunciation Church in Phila, Pa,
                and 3 Gillespie Priests, John, H Flynn, Francis to cover up all crimes of Cheryl Brett and Joe Sullivan
                Al Pannaccion Jim Marinarie and Mulvey @ Pastors in Phila, Pa who's members Ray from Cottee and Trent from
                the Revered Hen Coverton and John Cornel and Jamile Bartisdate who sold drugs and whose friends
                Pepsi who were in with Fugitive John Cornel and Cheryl Brett. Cheryl Brett had ratted on them and her friends
                were going to kill me and my wife Cheryl Brett.
                Tony Desimone and Dan Desimore and Perry Pannacelo, Harry Shreffler, Robert Holmes all brought
                their Pot from Ray and Tren. I did not know this until 2009 when Dan Desimore told me he brought
                this pot from Ray at 56th street and they attended Reverend Hen Coverton's church in Central Phila, Pa.

Oscar Syger
9000 Sheridan Street
Suite 105
Pembroke Pines, Florida 33024
7/8/05

Fred Brett

Carroll Kidis met with Frank Catania every week, Oscar Sygan obstructed justice for Joe Sullivan and Pannaccio Brothers and for Attorney's Hugh Brochen, Frank Catania, Mitre Sheridan and Weuble Law Firm from 7/8/05 until 1/1/11. My old attorney was Hugh Brochen who stole documentation and illegally bugged Carroll and Steve Kidis home from 1993. This Law Firm hurt my father Francis Brett Sr. Francis Brett, me, Nancy Brett, Police Officer Ken Brett and Richard Goetz family.

Charles Francis Otto — 7/8/05 until 1/1/11
Sheridan Street in Hollywood, FL
has interfered with my old Attorney's Hugh Brochen, Frank Catania, Mitre Sheridan and Weuble. He took my money and broke Telecommunication Laws and has No Ethics. He also gave me the Backwards and Forwards Brain Washing Talk.

7:00 PM
On 9/7/7 coming from Enterprise Rent a Car in South Phila., Pa. the murderer of Jim the Carpenter and another Black man from Chester, Pa. and who stabbed another man. He was on the Bus after I wrote Barbara Rosenburg of the Eastern Pa. Disciplinary Counsel, Rhonda Friedman Yard of Fort Lauderdale, FL. Disciplinary Counsel and 11 Judges in Orlando, FL. Chief Judge Pat Fawsett, Kendal Sharp, Greg Pressine, and Judge David Baker. He was with another Black man and was called by the Black Lady Bus Driver who called her daughter who called them. They got off at the Chester, Pa. Transportation Center and were greeted by a Black Pastor from Chester, Pa. The Pastor was around 55 to 60 years old around 6 foot tall - 210 lbs and had a full head of hair. This is the same man who was going to kill me and Cheryl Brett that on 11/16/02, Remy Pannaccio and Chris Veglia had said.
On 2/02 Al Pannaccio had stated he was going to use this same Black man to put again in Joe Campizzano's and Kim Seidel mouth if I didn't stop hurting his business.

---

Pg 6 of 11    7/8/05

From: Frank Brett
6039 NE
Fort Lauder...

Oscar Syger — I met with you at 5pm on December 2nd #1. I asked you to help me because officer Ken Brett, Sandy Chen, Tanya Chen, and a lot of Bartenders were interfering with my Banking at Bank of America 2 Times, Real Estate Deals, Insurance, Investments.
#2, I told you that Ken Brett had a friend at LA Fitness that messed with my membership.
#3. I told you that Ken Brett had friends that interfered with my livelihood. I had tried to purchase several homes with Realtor Chuck Dinsmore and Sue Conkling. These Real Estate deals were obstructed by Jim Lyons and his cousin from Pennsylvania and by Father Tom Sullivan Catholic Priest and Al DiJacomo and officer Alvarez of the Avondale, Pa. State Police. Officer Al DiJacomo followed me out to Avondale, Pa. from Phila. Police Department in 6/99 where he was a detective in South Phila, Pa. Officer Al DiJacomo was in with the Annunciation Catholic Church in South Phila. Pa and was covering up murder of Jim the Carpenter for his friends Joe Sullivan who set Jim up and Perry and Al Pannaccio who killed Jim and a Black drug dealer that had a 3rd man stabbed over Perry Pannaccio's Pot in Chester, Pa in 98 and 2000.

Pg. 7 of 11

Raymond David Hall (Minister)

★ New Evidence -

#1. I went to Bel Air Maryland in 9/1/10 and spoke to Jim (Minister) from Oak Grove Baptist Church - 2106 Churchville Rd. Bel Air MD. 21015 about the feud between the Catholics and Baptist in my family. How the Catholics started this without me knowing it. I told him I have Logistics about Joey Merlino's people that I show him. I wanted to speak to my cousins who I thought went to his church. He said he didn't know of 3 Brothers that part of their name is House. I wanted to talk to them to show them a few things.

#2. When I Left "Jim" and the Oak Grove Baptist church a white woman from Bell Air Maryland - She followed me into "Vallero" gas station. On Churchville Rd. → I had seen her and 2 girlfriends followed me before into Home Depot when I applied there in Bell Air Maryland.

#3. This white woman had followed me into Bell Air Library and is in with Mrs. Saporina's sister and Calvin from Virginia.

#4. This white woman is in with Richard & Ricky Gertz ? House Brothers

★ #5. This white woman was in with Robert Lanff and "John Dagan" and German (Lutheran Church Next to Oak Grove Baptist Church). Also Cheryl Brett and Cheryl Jones + Brian Jones in this from Jones Junction, Bel Air, Mary

#6. "North Carolina" Man came out of parking lot.

★ #7. Ray Smith, Mitre Smith and family friend from North Carolina Involved.
  Elisa + Judy Smith →

G #8. They followed me back to PA with 1 white man from Barracks D in Bel Air, Maryland. He had Blond Hair State Trooper - He was the same Trooper who had slandered me at McDonalds on "Harey Go Blvd. in 2009. I know who he is.

#9. They then followed me to the Calvary Chapel in South Phila. Pa and 1 of their members came to the Phila. Eagles Football game, and was in with officer Stamos - Phila. Police when I was taking their license plate in a Jeep Liberty Maryland plate.

#10. The Law Firm of Hugh Bracken, Frank Catanino, Mitre Sheridan, and Wentz were responsible for this incident on 7/24/03 - case #0348173-0044S - "Kings Bay Naval Base in Kings Bay Georgia." I have this on tape.

#11. Sonny Herman and Mathew Antonio crashed into the rear of my rented Enterprise rent a car.
  #1. Crime - of leaving the scene of an accident by these 2 Marines.
  #2. Terroristic Threats against Frank Brett.
  #3. Failure to Aid injured victim of crash, "Frank Brett hurt Back"
  #4. Hidden weapons behind seat, "2 old fashioned foot long Police Billy Clubs!"
  #5. Driving under the Influence of Alcohol - Sonny Herman had throw up on his shirt.
  #6. Crossing State Lines + Conspiracy of Attempted Murder by Truck they were driving fast

#12. Response Logistics Provided by David Hirn Law Firm with Daniels 4 Jewish Judges he has as friends on Sunday 12/19/10 in Boca Raton, FL. Cheryl Brett was the only person I ___ on that night. She was in with Hugh Bracken with Carroll Yeds 1993. Logistics in Next Page.



pg 9 of 11

62 XCITEMENT MAGAZINE

NOW HIRING
ALL NEW FRESH FACES!

3/4/10

Flori Plantation Motel →

She is a 3rd party friend of Attorney's Gatt and Morrison. Her cousin is Jim Lyons who lost his Job for Religious Extortion with his Male Red Headed cousin. He is best friends with Jim Smith and Mike Shurtz and attended the same Catholic Church, Robert and Dunnleavy were in wholesale seafood from Annunciation Catholic Church. The woman on the left is a cousin of Jim Lyons and his cousin who both lost their Job for Obstruction of My Real Estate Business with Chuck Dinsmore and Sue Conklin. I State that Remax Partners were also in with Mike McMenamin and Tom McMenamin and French McMenamin to Bankrupt Me, Tom McMenamin had his third wife Shango's Brother, My attorney Barry Sergul who was in with my attorney from Pa., Hugh Brachten on 3/4/10. Her girl friends and sister in Law Moss Pasyle at Notre Dr Patterson live in South Philu Pa. Her nephews Jim Lyons and Noreen Lyons & Pat and Una all were in with these women. They brought Fr in Club Wizards, Beth the Bartendin from Philu Pa to Flashdance strip club when I was investigating this in January of OCee. This is concrete evidence of Jim Lyons and Officer Bill O'Donnel Upper Darby Police being indited with Beth from Club Wizards



Thursday Lawrenceville NJ
4/7/11

1:20pm
Rt 206 South
GIT Driver
Silvi 252 Truck
1439-934

Distinctive Homes - (Rosen Homes cousin Family)
(NJ) ULA44N
Arizona G6QTCM
Dandrea Construction
Shur Fine
United Van Lines
(PA) EPL-1977
Ideal Lease
(PA) YLK-5430
Waste Management
(NJ) 524-AHC
Northeastern
315 - US DOT Truck
Jordan Supply
(NJ) VRP-53U
Universal
(NJ) SUM-105
PAM Truck
Robinson - Truck
Ransome Lift
Julius Gross
(NJ) N67-AOE
PTQX (US Customs)

NJ RZN-33
Hammer Truck
Mri Fence
(NJ) YRN-26T
Heel - Express
(NJ) ZYJ-557
HUBB Group
(NJ) YUY-76L
Ztong way
(NJ) ZHM-74H
(NJ) 22OT
Mass 745 DY6
NJ 5CMD

206 South
Entering Princeton NJ
Black man
HD-Supply
(NJ) YSJ-48F
Bulsit
Tennessee 933 TDN
PAV-WHITE
(NJ) WYE-21C
(Clinton Truck)
(NJ) RAM-78V
Waste Management
(NJ) 226E

(NJ) 471W
(NJ) ZHIAWA-orang Icon
Maffei-Electric

Princeton NJ
Pa 10⋈11

Ice Cream Truck
(NJ) NEP-56J
(NJ) VCP-91L
Mercer County Dumptruck
Rider Bus
Kentucky 200 JYF
(NJ) FDL-8024
(PA) GCN-3352
Ron Guleys
(NJ) YTP-112
(NJ) J34-A6F
Landstar
AGWAY
(NJ) U19AHR
Maryland 495M03
HUBB Group
(NJ) YVA-835 - Yellow Jeep
New Penn Truck
(NJ) ZAT-2BL
U.S. Express
(NJ) ZVE-125

Hutchinson Dr.
(NJ) YUM-21M - Blue Car
(NJ) MJR-558 - Black Jeep Liberty

SLT Truck
(NJ) H65-HMM
Mayflower Moving Truck
(NJ) NAV-23A
The Rose - Red Truck
VZP-T2N - Black Car
(NJ) 87MB - Penn State
(NJ) C94-VJD
(NJ) BIB-T2J - Brown Lab
(NJ) ZVT-13A

1:26pm
North 206

- Tom Sublim
North 206

**
1:10am

Rt 206 North

Rt 206 North

My Son's Dog



United States District Court
Trenton District of New Jersey

Pg. 1 of 1

Frank Brett
    Plaintiff
vs
#1. Burdett Tomlin Memorial Hospital
and Paramedics
#2. Robert Lauff + Dawn Lauff

Civil Action No. _____

RECEIVED
APR 1 8 2011
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

## Motion #1

Plaintiff asks for Motion – Rule 5.1.5 Documents Filed Under Seal for all Documents in this case. I have been ran over by cars several times and have been threatened several times.

## Motion #2

I plead for Injunction from abuse from Mr. Pucillo and a Messenger who came into Phila. Courthouse at 4:30 PM and called out his Name (his full) as I was filing a Court Case in the Eastern Pa. Federal Courthouse, on Friday 4/1/11. The 1st Clerk Greg Lett early and Mr. Pucillo came over and took my complaint. I have Logistics from Florida in 2010 and to 2/23/11 I have Mr. Pucillo's Name in several of these Logistics. Thank You, Frank Brett.

Injuction From Obace against Ray Smith, Mike Smith, Ray Smith Jr, his daughter Elise and his cousins. They have been calling me Gay and Dying of Aids. This is all a Lie. Injunction against Cookie Smith and Ray's ex-wife.

Frank Brett
Frank Brett
P.O. Box 2511
Philadelphia, Pa. 19147
4/18/11