# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FRANK BRETT** | **ORDER ON APPLICATION** |
| Plaintiff, | **TO PROCEED WITHOUT** |
| V. | **PREPAYMENT OF FEES** |
| **BURDETT TOMLIN MEMORIAL HOSPITAL, ET AL.** | |
| Defendant. | Case Number: 11-2323 (NLH-AMD) |

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED, and

  ☐ The clerk is directed to file the complaint, and

  ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: _The complaint fails to state a claim upon which relief can be granted._

☒ and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order ro reopen the case.

ENTER this ___25th___ day of ___August___, 20_11_

_____
Signature of Judicial Officer

_____
Name and Title of Judicial Officer